UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                     Criminal No. 10-cr-134-01-JL

<u>Geraldine Brown</u>

O R D E R

     The assented to motion to reschedule jury trial (document no. 11 ) filed by defendant is granted; Final Pretrial is rescheduled to January 20, 2011 at 3:00pm; Trial is continued to the two-week period beginning February 1, 2011, 09:30.

     Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

     SO ORDERED.

                                                 _____
                                                 Joseph N. Laplante
                                               United States District Judge

Date:  November 9, 2010

cc:   Michael J. Sheehan, Esq.
      Terry L. Ollila, AUSA
      U.S. Marshal
      U.S. Probation