UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 10-cr-134-01-JL

<u>Geraldine Brown</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 14 ) filed by defendant is granted; Final Pretrial is rescheduled to March 24, 2011 at 09:30; Trial is continued to the two-week period beginning April 5, 2011, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                             _____
                                             Joseph N. Laplante
                                             United States District Judge

Date: January 20, 2011

cc:   Michael J. Sheehan, Esq.
      Terry L. Ollila, AUSA
      U.S. Marshal
      U.S. Probation